RICHARD M. WATTS, JR. (SBN 221268)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Defendant
Justin Flanery

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. CRAIG<br><br>    Plaintiff,<br><br>  vs.<br><br>JUSTIN S. FLANERY, ROSEVILLE GOLD, INC., et al.,<br><br>    Defendants. | No. 2:13-mc-00020 MCE DAD<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO COMPEL AND ORDER FOR EXAMINATION** |

Plaintiff Christopher M. Craig ("Plaintiff") and Defendant Justin S. Flanery ("Defendant"), by and through their undersigned counsel of record, present the following Stipulation requesting a continuance of the following hearings.

<u>RECITALS</u>

**WHEREAS**, Plaintiff filed a Motion to Compel Responses to Post-Judgment Interrogatories and Request for Production of Documents from Defendant Justin S. Flanery which is currently on calendar for December 12, 2014 at 10:00 a.m. to be heard in Courtroom 27;

**WHEREAS**, an Order for Examination of Defendant Justin S. Flanery is currently on calendar for December 12, 2014 at 9:30 a.m. to be heard in Courtroom 27;

**WHEREAS**, to promote judicial economy, new counsel for Flanery and Plaintiff's counsel are attempting to meet and confer on numerous issues in an attempt to resolve the disputes, or at a



minimum, narrow the scope of what might be in front of the Court at the continued hearings.

**NOW, THEREFORE**, the parties hereby stipulate, through their counsel of record, that:

1. Plaintiff's Motion to Compel shall be continued to 10:00 a.m. on December 19, 2014 in Department 27;

2. The Order for Examination of Defendant Justin S. Flanery shall be continued to 9:30 a.m. on December 19, 2014 at 10:00 a.m. in Department 27.

**IT IS SO STIPULATED.**

DATED:  December 11, 2014              **SHERIDAN CLARK LLP**

By:_____/s/THOMAS B. SHERIDAN_____
THOMAS B. SHERIDAN
(AS AUTHORIZED ON DECEMBER 11, 2014)


DATED:  December 11, 2014              **MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*

By:_____/s/RICHARD M. WATTS, JR._____
RICHARD M. WATTS, JR.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*      /s/ Richard M. Watts, Jr.

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

   **1.**  The hearing of plaintiff's Motion to Compel (Dkt. No. 14) is continued to 10:00 a.m. on December 19, 2014 in Courtroom 27[1]; and

   **2.**  The Order for Examination of Defendant Justin S. Flanery is continued to 9:30 a.m. on December 19, 2014 in Courtroom 27.

Dated:  December 12, 2014

Ddad1\orders.civil\craig0020.stip.cont.ord.doc

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[1]  The parties shall file either briefing regarding the discovery dispute or a stipulation to further continue the hearing of plaintiff's motion to compel by no later than December 16, 2014.