RICHARD M. WATTS, JR. (SBN 221268)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Defendant
Justin Flanery

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. CRAIG, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN S. FLANERY, ROSEVILLE GOLD, INC., et al., <br><br> Defendants. | No. 2:13-mc-0020 MCE DAD <br><br> **STIPULATION AND ORDER TO WITHDRAW MOTION TO COMPEL AND ORDER FOR EXAMINATION** |

   Plaintiff Christopher M. Craig ("Plaintiff") and Defendant Justin S. Flanery ("Defendant"), by and through their undersigned counsel of record, present the following Stipulation requesting the following hearings be removed from the calendar, without prejudice.

## RECITALS

   **WHEREAS**, Plaintiff filed a Motion to Compel Responses to Post-Judgment Interrogatories and Request for Production of Documents from Defendant Justin S. Flanery was continued and is currently on calendar for January 16, 2015 at 10:00 a.m. to be heard in Courtroom 27;

   **WHEREAS**, an Order for Examination of Defendant Justin S. Flanery was continued and is currently on calendar for January 16, 2015 at 10:00 a.m. to be heard in Courtroom 27;

   **WHEREAS**, the parties are engaged in settlement discussions.

///

**NOW, THEREFORE**, the parties hereby stipulate, through their counsel of record, that:

1. Plaintiff's Motion to Compel shall be withdrawn, without prejudice, and removed from the calendar;

2. The Order for Examination of Defendant Justin S. Flanery shall be withdrawn, without prejudice, and removed from the calendar.

**IT IS SO STIPULATED.**

DATED: January 13, 2015                **SHERIDAN CLARK LLP**

                                       By:      /s/THOMAS B. SHERIDAN
                                            THOMAS B. SHERIDAN
                                       (AS AUTHORIZED ON JANUARY 13, 2015)

DATED: January 13, 2015                **MILLSTONE PETERSON & WATTS, LLP**
                                       *Attorneys at Law*

                                       By:      /s/RICHARD M. WATTS, JR.
                                            RICHARD M. WATTS, JR.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*    /s/ Richard M. Watts, Jr.

### ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that:

1. Plaintiff's Motion to Compel is withdrawn, without prejudice, and removed from the January 16, 2015 law and motion calendar; and

2. The Order for Examination of Defendant Justin S. Flanery is withdrawn, without prejudice, and removed from the January 16, 2015 law and motion calendar.

Dated: January 13, 2015

Ddad1\orders.civil\ craig0020.stip.withd.ord.doc

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE